**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AUG 31 2010

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ASHLEY M. GRAY, | ) 4:10CR 00454 TIA |
| Defendant. | ) |

### INFORMATION

#### COUNT I

The United States Attorney charges that:

Within the Special Maritime and Territorial jurisdiction of the United States, on or about February 25, 2009 in the City of St. Louis, within the Eastern District of Missouri,

**ASHLEY M. GRAY**

defendant herein, did unlawfully operate and was in actual physical control of a motor vehicle while under the influence of alcohol, with a blood alcohol content of 0.172%.

In violation of Title 36 Code of Federal Regulations, Section 4.23(a)(2).

Respectfully submitted,

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

*Eliza F. William*
ELIZA F. WILLIAMS - #5200580
ASSISTANT UNITED STATES ATTORNEY
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200
eliza.williams@usdoj.gov; shirley.davis@usdoj.gov

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Eliza F. Williams, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*Ely F. Williams*
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me this 31st day of Aug, 2010.

*James G. Woodward*
CLERK, U.S. DISTRICT COURT

By: *Jayce M. Webb*
DEPUTY CLERK