Case: 4:10-cr-00454-TIA   Doc. #:  12   Filed: 12/08/10   Page: 1 of 1 PageID #: 23

AO 245H (12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | **(For a Petty Offense)** - Short Form |
| Ashley M. Gray | CASE NUMBER: 4:10CR454 TIA |
| | David Fischer |
| | Defendant's Attorney |

☒ pleaded guilty to count(s) One of the one count Information on December 8, 2010

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Did lawfully operate and was in actual physical control of a motor vehicle while under the influence of alcohol. | February 25, 2009 | One |

☐ Count(s) _____ _____ dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Count One | $10.00 | $1,500.00 |
| Totals: | $10.00 | $1,500.00 |

The defendant is ordered to pay the special assessment immediately. The defendant is given 24 months from today to pay the fine in full.

| Last Four Digits of Defendant's Soc.: | XXX-XX-0938 | December 8, 2010 |
|---|---|---|
| Defendant's Year of Birth.: | 1988 | Date of Imposition of Judgment |
| USM No. | n/a | *(signature)* Signature of Judicial Officer |

City and State of Defendant's Residence:

Festus, Missouri

Terry I. Adelman
United States Magistrate Judge
Name and Title of Judicial Officer

December 8, 2010
Date

Record No.: 21